AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

__Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA

V.

UBALDO RAMOS-RODRIGUEZ

WAIVER OF INDICTMENT

CASE NUMBER: 07-00704 JW

I, __Ubaldo Ramos-Rodriguez__, the above named defendant, who is accused of a violation of Title 8 U.S.C. section 1326, illegal re-entry.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Nov. 8 2007__ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

**FILED**

NOV - 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

__UBALDO RAMOS R__
Defendant

__[signature]__
Counsel for Defendant

Before _____
Judicial Officer