1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney
5
     150 Almaden Boulevard
6    San Jose, California 95113
     Telephone: (408) 535-5059
7    Facsimile:  (408) 535-5066
     Email: benjamin.t.kennedy@usdoj.gov
8
   Attorneys for the United States of America
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,          )    No.    CR 07-00704 JW
                                      )
15       Plaintiff,                   )    STIPULATION AND [PROPOSED]
                                      )    ORDER EXCLUDING TIME FROM
16    v.                              )    NOVEMBER 19, 2007 TO DECEMBER
                                      )    10, 2007 FROM THE SPEEDY TRIAL
17 UBALDO RAMOS-RODRIGUEZ,            )    ACT CALCULATION (18 U.S.C. §
                                      )    3161(h)(8)(A))
18       Defendant.                   )
                                      )
19 _____ )

20

21     The parties stipulate that the time between November 19, 2007 and December 10, 2007 is

22 excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

23 requested continuance would unreasonably deny defense counsel reasonable time necessary for

24 effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

25 that the ends of justice served by granting the requested continuance outweigh the best interest of

26 the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

27

28 //

                                         1

1  18 U.S.C. §3161(h)(8)(A).

2

3  DATED: November 19, 2007          SCOTT N. SCHOOLS
                                     United States Attorney
4

5                                    ___/s/_____
                                     BENJAMIN T. KENNEDY
6                                    Assistant United States Attorney

7

8                                    ___/s/_____
                                     NICHOLAS HUMY
9                                    Assistant Federal Public Defender

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>ORDER</u>**

2       Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3   ORDERS that the time between November 19, 2007 and December 10, 2007 is excluded under

4   the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested

5   continuance would unreasonably deny defense counsel reasonable time necessary for effective

6   preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that

7   the ends of justice served by granting the requested continuance outweigh the best interest of the

8   public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The

9   court therefore concludes that this exclusion of time should be made under 18 U.S.C.

10  §3161(h)(8)(A).

11

12  IT IS SO ORDERED.

13  DATED:                                    _____

                                             JAMES WARE
14                                           UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3