UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 11/19/2007
**Case No:** CR-07-0704 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**U.S. Probation Officer:** N/A
**Interpreter:** Adele Negro (Spanish)

## TITLE

U.S.A. v. Ubaldo Ramos-Rodriguez ( C)

**Attorney(s) for Plaintiff(s):** Benjamin Kennedy
**Attorney(s) for Defendant(s):** Nick Humy

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

Hearing Held. Defendant Ramos-Rodriguez present and in custody for proceedings. Defendant was aided by a Spanish language interpreter for proceedings. This was the Defendant's initial appearance before the Court. The Last Date for Trial is January 15, 2008. The Court continued this matter to December 10, 2007 at 1:30 PM for Setting/Disposition. Time is excluded from November 19, 2007 through December 10, 2007 to accommodate Defense's discovery investigation and potential resolution of the matter short of trial.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: