BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant RAMOS-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>UBALDO RAMOS-RODRIGUEZ, )<br><br>Defendant. )<br>_____ ) | No. CR 07-00704 JW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

The Federal Public Defender, Barry Portman, has been appointed as counsel for Ubaldo Ramos-Rodriguez.  Pursuant to General Order 45 of the Local Rules, Assistant Federal Public Defender Nicholas Humy enters his Notice of Substitution of Attorney for Mr. Ramos-Rodriguez.  Mr. Humy  will be replacing Assistant Federal Public Defender Jay A. Rorty as counsel of record.  Counsel's contact information is listed above.

Dated: 11/26/07

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/s/

NICHOLAS P. HUMY
Assistant Federal Public Defender