1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney
5
     150 Almaden Boulevard
6    San Jose, California 95113
     Telephone: (408) 535-5059
7    Facsimile:  (408) 535-5066
     Email: benjamin.t.kennedy@usdoj.gov
8
   Attorneys for the United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,        ) No.   CR 07-00704 JW
                                      )
15 |       Plaintiff,                 ) STIPULATION AND [PROPOSED]
                                      ) ORDER EXCLUDING TIME FROM
16 |    v.                            ) NOVEMBER 19, 2007 TO DECEMBER
                                      ) 10, 2007 FROM THE SPEEDY TRIAL
17 | UBALDO RAMOS-RODRIGUEZ,          ) ACT CALCULATION (18 U.S.C. §
                                      ) 3161(h)(8)(A))
18 |       Defendant.                 )
                                      )
19 |_____    )

20

21      The parties stipulate that the time between November 19, 2007 and December 10, 2007 is

22 excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

23 requested continuance would unreasonably deny defense counsel reasonable time necessary for

24 effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

25 that the ends of justice served by granting the requested continuance outweigh the best interest of

26 the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

27

28 //

                                                  1

1  18 U.S.C. §3161(h)(8)(A).

3  DATED: November 19, 2007        SCOTT N. SCHOOLS
                                   United States Attorney

                                   ___/s/_____
                                   BENJAMIN T. KENNEDY
                                   Assistant United States Attorney


                                   ___/s/_____
                                   NICHOLAS HUMY
                                   Assistant Federal Public Defender

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between November 19, 2007 and December 10, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: November 29, 2007

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE