UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 12/10/2007 | **Court Reporter:** Summer Clanton |
| **Case No:** CR 07-0704 JW | **U.S. Probation Officer:** N/A |
| | **Interpreter:** Lupita Arce (Spanish) |

## TITLE

U.S.A. v. Ubaldo Ramos-Rodriguez ( C )

**Attorney(s) for Plaintiff(s):** Benjamin Kennedy
**Attorney(s) for Defendant(s):** Nick Humy

## PROCEEDINGS

1. Disposition Hearing
2. Judgment and Sentencing

## ORDER AFTER HEARING

Hearing held. Defendant present and in custody for proceedings. The Defendant was aided by a Spanish language interpreter for proceedings. The Defendant plead guilty as to Count One (1) of the Information. A plea agreement was executed in open court. The Defendant waived referral to the Probation Office for preparation of a Presentence Investigation Report. The Court proceeded to immediate sentencing. The Defendant is committed to ONE (1) year and One (1) day BOP custody; 3 years supervised release under the standard conditions of supervision and the Court imposed special condition of no illegal reentry. The Defendant to pay $100 special assessment. The Defendant is remanded to the custody of the United States Marshal Service.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: