**FILED**

DEC 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

RAMOS-RODRIGUEZ,

        Defendant.

_____/

NO. CR 07-00704 JW

**SEALING ORDER PURSUANT
TO GENERAL ORDER 54**

    The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

\_\_\_    Presentence Report

\_\_\_    Plea Agreement

 X    Statement of Reasons

\_\_\_  _____
      (Other)

Dated: December 12, 2007

JAMES WARE
United States District Judge

*United States District Court*
*For the Northern District of California*

**United States District Court**

For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

2  United States Marshal Service
   United States Probation Office

3  280 South First Street
   San Jose CA 95113

4

5

6  Dated:  Dec 13, 2007                    **Richard W. Wieking, Clerk**

7                                          By: _Elizabeth C Garcia_

8                                          **Elizabeth Garcia**
                                           **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28